UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:14 CR 15 (RNC) |
| | : | |
| v. | : | |
| | : | |
| PAUL GOTTA | : | SEPTEMBER 17, 2015 |

### THIRD MOTION TO MODIFY CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. §§ 3142, 3154, the Defendant, Paul Gotta, respectfully requests that the Court amend the conditions of his release to enable him to leave his home on a daily basis from 7:00 a.m. to 8:00 p.m. (without prior permission from probation), but continue to require him to wear the electronic monitoring bracelet and abide by an 8:00 p.m. curfew.

The Defendant was arrested on July 19, 2013 on a criminal complaint and charged with violating 18 U.S.C. §§ 2, 922(a)(3), and 922(x)(2).  He was later indicted on January 30, 2014, and charged with aiding and abetting the unlawful transport of a firearm in interstate commerce (18 USC §§ 2, 922(a)(3) and 924(a)(l)(D)); aiding and abetting the unlawful purchase of a firearm by a juvenile (18 USC §§ 2, 922(x)(2)); aiding and abetting the unlawful purchase of ammunition by a juvenile (18 USC §§ 2, 922(x)(2)); distribution of explosive material to an individual under 21 (18 USC §§ 2, 842(d)(1)); aiding and abetting the attempted manufacture of a destructive device (18 USC § 2, and 26 USC §§ 5845(a)(8) and 5861(f)); and obstruction of justice (18 USC § 1505).

He was also arrested on March 31, 2014, and charged in state court with two counts of sexual assault in the second degree, pursuant to C.G.S. § 53a-71 and five counts of sexual assault in the fourth degree, pursuant to C.G.S. § 53a-73a.  He was release on a $100,000 surety bond with orders to alert the state court if the conditions of his release by this Court were amended.

Subsequent to his July 19, 2013 arrest, Mr. Gotta was ordered detained until July 25,

2318520v1

2013, when the Court ordered his release on a surety bond subject to several conditions including that he wear an electronic monitoring bracelet and not leave his sister's home, where he resides, unless for religious services, medical appointments, and meetings with counsel.

The Defendant was released from Wyatt Detention Center on July 26, 2013. The Defendant has been residing at his sister's home since his release. In September, 2013, Mr. Gotta's conditions of release were amended to enable him to leave his home for 30 minutes, three times a day in order to walk his dog. Over the last two years, Mr. Gotta has scrupulously abided by the conditions of release.

Neither the Government nor the U.S. Probation Office object to this motion.

WHEREFORE, based on the reasons stated herein, the Defendant respectfully requests that the Court grant this Motion to Modify Conditions of Release.

                                              DEFENDANT,
                                              Paul Gotta

                                              By:_____/s/_____
                                              Moira L. Buckley
                                              Federal Bar No. ct18803
                                              The Law Office of Moira Buckley, LLC
                                              P.O. Box 424
                                              Marlborough, CT 06447
                                              Telephone (860) 724-1325
                                              Facsimile (860) 471-8334
                                              mbuckley@mbuckleylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2015, the foregoing document was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's system.

                                                                /s/ _____
                                                           Moira L. Buckley